IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CASSIE B. ANDERSON**                                                              **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 5:18-cv-118-KS-MTP**

**PAGE McCLENDON**                                                                **DEFENDANT**

## ORDER

THIS MATTER is before the Court following a discovery conference with the parties. The conference was set to address scheduling issues, but it appears that all issues have been or will be resolved except the deposition of Walt Starr. For good cause shown, the Court grants leave to take the deposition of Walt Starr after the discovery deadline. The deposition should be taken and completed on or before August 16, 2019. The discovery deadline is not extended for any other purpose.

SO ORDERED, this the 19th day of July, 2019.

s/Michael T. Parker
United States Magistrate Judge
